# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

REBECCA E. PARKHURST                                                      PLAINTIFF

v.                                  CASE NO. 2:20-CV-2149

ANDREW M. SAUL, Commissioner,
Social Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this June 11, 2021.

/s/ P. K. Holmes III
        P. K. HOLMES III
        U.S. DISTRICT JUDGE